**Order entered October 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01224-CV

**LAKEPOINTE PHARMACY #2, LLC, ET AL., Appellants**

**V.**

**FORNEY DEERVAL, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90632-422**

## ORDER

Before the Court is the October 10, 2019 request of Donna Gehl, Official Court Reporter for the 422nd Judicial District Court, for an extension of time to January 7, 2020 to file the reporters' record. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed by November 18, 2019. *See* TEX. R. APP. P. 35.3(c).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE